# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br>REAL PROPERTY KNOWN AS 3326 NORTH INDIAN BLUFF ROAD, SPOKANE, WASHINGTON, et al.,<br>*Defendant* | ) ) ) ) ) )   Civil Action No. 2:18-CV-0156-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered in favor of the Plaintiff.  The Defendant Properties, Defendant Funds, Defendant Conveyances, and Defendant Deeds of Trust are forfeited to the United States of America pursuant to the Order Granting United States' Motion for Default Judgment and Final Order of Forfeiture, ECF No. 42.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on Plaintiff's Motion for Default Judgment and Final Order of Forfeiture,  ECF No. 41.

Date: June 29, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen